# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DARIAN L. WATSON**                                                                                          **PLAINTIFF**

v.                                      **Case No. 4:24-cv-00196-KGB**

**DOWDY,** *et al.*                                                                                           **DEFENDANTS**

## ORDER

When plaintiff Darian L. Watson filed this lawsuit, he was in custody at the Faulkner County Jail (Dkt. No. 2). On October 22, 2024, Mr. Watson notified the Court that he had been transferred and that he had a new address at Safe Harbor transitional housing (Dkt. No. 11). On January 16, 2025, mail addressed to Mr. Watson at Safe Harbor was returned undeliverable (Dkt. No. 14). As a result, on January 17, 2025, the Court entered a show cause Order to require Mr. Watson to inform the Court of his current contact information within 30 days of entry of the Order (Dkt. No. 15). The Court notified Mr. Watson that failure to provide the Court with a valid mailing address within 30 days may result in dismissal of his case without prejudice for failure to prosecute (*Id*.). *See* Local Rule 5.5 of the United States District Court for the Eastern and Western Districts of Arkansas. As of the date of this Order, Mr. Watson has not complied with or otherwise responded to the Court's January 17, 2025, Order, and the time for doing so has passed. Accordingly, Mr. Watson's complaint is dismissed without prejudice for failure to prosecute (Dkt. No. 2), and the pending Recommended Disposition is denied as moot (Dkt. No. 13). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

It is so ordered this 21st day of February, 2025.

                                                                                          *Kristine G. Baker*
                                                                                        Kristine G. Baker
                                                                                        Chief United States District Judge